UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE EVERARDO GONZALEZ,<br>Plaintiff,<br>v.<br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br>Defendant. | ) | Case No. ED CV 12-868-PJW<br><br>J U D G M E N T |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and the action is remanded to the Agency for further proceedings.

DATED: June 28, 2013.

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE